(28 Misc. Rep. 531.)

CHAVIN v. SMITH et al.

(Supreme Court, Appellate Term. July 26, 1899.)

NEW YORK MUNICIPAL COURT—JURISDICTION.
    The municipal court of New York City has no jurisdiction over the person of a defendant who is a resident of another county.

Appeal from municipal court, borough of Manhattan, First district.

Action by Morris Chavin against James Smith and others. From a judgment for plaintiff, defendants appeal. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Alexander Brough, for appellants.
Louis Levy, for respondent.

FREEDMAN, P. J. The pleadings in this action were oral, and the complaint, as appears from indorsement upon the summons, was

"for obtaining money under false pretenses." At the opening of the trial the defendant's attorney objected to the jurisdiction of the trial court, claiming that no authority was conferred by section 1364 of the Greater New York charter upon municipal courts to entertain an action where the complaint set up a cause of action "for obtaining money under false pretenses." Without passing upon that question, it is sufficient to say that an examination of the record does not disclose sufficient evidence to uphold the judgment in favor of the plaintiff in this action upon the cause of action set up in the complaint. Moreover, the residence of the defendant is shown to have been in the county of Kings, and, the action having been brought against him in the county of New York, the trial court had no jurisdiction over the person of the defendant, and the judgment must therefore be reversed. Tyroler v. Gummersbach (Sup.) 59 N. Y. Supp. 266.

Judgment reversed, with costs to appellant. All concur.